JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KNAPPE, as Executor of the Estate of INGBORG PATTEE, deceased, and as Trustee under will of INGBORG PATTEE, dated 07/01/1994, | Case No. CV 09-07328 DMG (PJWx) |
| | **JUDGMENT** |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order Re Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff and against the United States as follows:  Plaintiff is awarded $49,103.65 plus statutory interest and costs of suit.

**IT IS SO ORDERED**.

DATED:      October 22, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-